UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 4:11-CR-12 |
| | ) | |
| JEANNA CARTER | ) | |

# O R D E R

On June 20, 2011, Magistrate Judge William B. Mitchell Carter filed a Report and
Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of
the Indictment in exchange for the undertakings made by the government in the written plea
agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the
Indictment; (c) that a decision on whether to accept the plea agreement be deferred until
sentencing; and (d) Defendant shall be taken into custody pending sentencing in this matter (Doc.
227). Neither party filed an objection within the given fourteen days. After reviewing the
record, the Court agrees with the magistrate judge's report and recommendation. Accordingly,
the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant
to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, in exchange for the
undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;
and

(4) Defendant **SHALL BE TAKEN INTO CUSTODY** pending sentencing on **Monday,**

**October 17, 2011, at 9:00 am**.

**SO ORDERED.**

**ENTER:**


_____ */s/Harry S. Mattice, Jr.* _____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE